# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MARGIETTA BRELOVE,**

          Plaintiff,

         V.                         CASE NUMBER: **11-C-660**

**CARGILL MEAT SOLUTIONS;**
**HR DEPARTMENT,**
**HOLLY, HR Manager;**
**MIKE BANTOMPO, F.A.B. Manager;**
**JUSTIN WOODLEY, Safety Manager;**
**JERRY KARCZEWSKI, General Manager; and**
**MARK GILL, QA "Tech" Manager;**

          Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's action pursuant to 42 U.S.C. § 1987 for employment discrimination is DISMISSED for failure to effect service upon any defendant.**

**This action is hereby DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
| **May 18, 2012** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |

(By) Deputy Clerk